### John B. DE MARIA v. COMMISSIONER OF INTERNAL REVENUE.

### No. 8198.

Circuit Court of Appeals, Ninth Circuit.

April 13, 1937.

Leo J. McEnerney, of San Francisco, Cal. (J. Bruce Fratis, of San Francisco, Cal., of counsel), for petitioner.

Robert H. Jackson, Asst. U. S. Atty. Gen., and Sewall Key, J. Louis Monarch, Warren F. Wattles, and Frederick W. Dewart, Sp. Assts. to the Atty. Gen., for respondent.

Before WILBUR, MATHEWS, and HANEY, Circuit Judges.

HANEY, Circuit Judge.

The facts are the same as in Perata v. Commissioner (C.C.A.) 89 F.(2d) 550, except as follows:

(1) Petitioner contributed $195,000 to the syndicate and had a .1020208 per cent. interest therein.

(2) On December 20, 1928, petitioner's distribution from the syndicate manager was $68,250.

(3) Respondent determined that petitioner's share of the income of the syndicate for 1928 was $72,855.21, and the deficiency of tax was the sum of $25,963.55.

The Board found the deficiency to be $25,963.55.

The case is controlled by what we said in Perata v. Commissioner, this day decided. In accordance therewith, the order is reversed.